UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO *et al.*,<br><br>                              Petitioners,<br><br>                    -v-<br><br>EDENSOR INTERIORS INC.,<br>                              Defendant. | 22-CV-10769 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Upon consideration of Petitioners' motion for summary judgment and supporting papers,

and with no appearance from Respondent, Petitioners' motion for summary judgment is

GRANTED.

The Arbitration Award of the Joint Trade Board dated September 6, 2022 is confirmed.

Petitioners are also awarded costs in the amount of $542.00 and attorney's fees in the amount of

$3,420.00, for a total of $3,962.00.

The Clerk of Court is directed to enter judgment accordingly, to close the motion at ECF

No. 9, and to close this case.

SO ORDERED.

Dated:  August 25, 2023
         New York, New York

_____
J. PAUL OETKEN
United States District Judge