**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION
1974, AFFILIATED WITH INTERNATIONAL
UNION OF ALLIED PAINTERS AND ALLIED
TRADES, AFL-CIO et al.,

                Petitioners,                22 **CIVIL** 10769 (JPO)

     -against-                                  **<u>JUDGMENT</u>**

EDENSOR INTERIORS INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 25, 2023, Petitioners' motion for summary judgment is GRANTED. The Arbitration Award of the Joint Trade Board dated September 6, 2022 is confirmed. Petitioners are also awarded costs in the amount of $542.00 and attorney's fees in the amount of $3,420.00, for a total of $3,962.00; accordingly, the case is closed.

**Dated**: New York, New York
       August 28, 2023

                                                           **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                             **BY:**      *K. Mango*

                                                               **Deputy Clerk**